# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PATRICK CROSS**             **PLAINTIFF**

v.             No: 4:23-cv-00710 BRW-PSH

**LEROY MARTIN,** *et al.*             **DEFENDANTS**

## ORDER

Plaintiff has submitted this 42 U.S.C. §1983 case for filing in this district. Federal venue is proper where the events giving rise to the claim occurred, or where any defendant resides.[1] Plaintiff's allegations involve events that occurred in Magnolia, Arkansas in Columbia County, and Defendants are located there. Columbia County is in the El Dorado Division of the United States District Court for the Western District of Arkansas, and this case should have been brought there. A "district court of a district in which a case is filed laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."[2] Accordingly, it is in the interest of justice to transfer this case to the United States District Court for the Western District of Arkansas.

IT IS THEREFORE ORDERED THAT the Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

DATED this 31st day of July, 2023.

                                               BILLY ROY WILSON
                                               UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 1391(b).
[2] *See* 28 U.S.C. § 1406(a).